## MABREY v. SMITH

No. 358P01

Case below: 144 N.C. App. 119

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 4 October 2001.

## MASSEY v. CITY OF CHARLOTTE

No. 382P00-2

Case below: 145 N.C. App. 345

Petition by petitioner appellants for a writ of certiorari to review the decision of the North Carolina Court of Appeals denied 4 October 2001.

## MILLER v. SHANOSKI

No. 451P01

Case below: 143 N.C. App. 716

Motion by defendant for temporary stay denied 14 September 2001. Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 14 September 2001. Petition by defendant for writ of supersedeas and motion for temporary stay denied 14 September 2001.

## MORIN v. SHARP

No. 397P01

Case below: 144 N.C. App. 369

Petition by defendants (Sharp and Legion Insurance Company) for discretionary review pursuant to G.S. 7A-31 denied 4 October 2001.

## NORMAN v. NASH JOHNSON & SONS' FARMS, INC.

No. 555A00

Case below: 140 N.C. App. 390

Motion by plaintiffs and defendants to be allowed to withdraw appeal allowed 11 September 2001.